# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN COUBROUGH,
              Appellant,
      vs.
SEDGWICK CMS; AND HD SUPPLY,
              Respondents.

No. 68529

**FILED**

AUG 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Janet J. Berry, District Judge
        Jonathan L. Andrews, Settlement Judge
        Diaz & Galt, LLC/Reno
        Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
        Washoe District Court Clerk